The judgment of the trial court is affirmed. Rule 84.16(b).

James Michael PLANNETT, II, Petitioner/Appellant,

v.

Rhonda G. PLANNETT, n.k.a. Rhonda G. Lynn–Moeckel, Respondent/Respondent.

No. ED 74776.

Missouri Court of Appeals, Eastern District, Division Four.

Sept. 21, 1999.

Janet DOBBS, Respondent,

v.

Bruce DOBBS, Appellant.

No. ED 75363.

Missouri Court of Appeals, Eastern District, Division Three.

Sept. 21, 1999.

Lawrence G. Gillespie, Kirkwood, for appellant.

Christopher P. Simms, S. Louis, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., KENT E. KAROHL, and MARY K. HOFF, JJ.

**O R D E R**

Craig G. Kallen, III, The Roberts Law Firm, Chesterfield, for appellant.

Richard S. Eisen, Michelle, J. Sprin, Ziercher & Hocker, St. Louis, for respondent.

Before: RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

***ORDER***

PER CURIAM.

Bruce Dobbs ("Husband") appeals from the Judgment entered in favor of Janet Dobbs ("Wife") in the Circuit Court of St. Louis County denying Husband's Motion to Modify Family Court Judgment and Decree as to Child Support and Maintenance, finding him in contempt for failing to comply with terms of the divorce decree, and ordering him to pay Wife's attorneys' fees.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No precedential or jurispru-

dential purpose would be served by an extended opinion reciting detailed facts and restating principles of law. We affirm the Judgment pursuant to Rule 84.16(b).